**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| KONSTANTINOS "KOSTA" DIAMANTIS,<br>Plaintiff,<br><br>v.<br><br>SEAN SCANLON, in his official capacity as Comptroller of the State of Connecticut; and WILLIAM TONG, in his official capacity as Attorney General of the State of Connecticut,<br>Defendants. | **3:26-cv-01520-KAD**<br><br>**September 21, 2026** |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, as attorney for the Plaintiff, certify that, to the best of our knowledge, the Defendants are individuals and are not a 501(c)(3) organization supported by any private donations. It has no parent corporations, and there is no publicly held corporation owning 10% or more of their stock.

Dated: September 21, 2026

PLAINTIFF, KOSTANTINOS "KOSTA" DIAMANTIS

By /s/ **Norman A. Pattis, Esq.**

Norman A. Pattis, Esq., ct13120
PATTIS & PAZ, LLC
171 Orange St., 2nd Floor
New Haven, CT 06510
Tel: 203-393-3017
Fax: 203-393-9745
Email: npattis@pattispazlaw.com

## CERTIFICATION

I hereby certify that on September 21, 2026, a copy of the foregoing was filed electronically. Notice of this filing was sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

By ***/s/*** **Norman A. Pattis, Esq.**
Norman A. Pattis, Esq., ct13120