2

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>KONSTANTINOS "KOSTA" DIAMANTIS | COURT CASE NUMBER<br>3:26-CV-01520-KAD |
| DEFENDANT<br>SEAN SCANLON, in his official capacity as Comptroller of the State of Connecticut; and WILLIAM TONG, in his official capacity as Attorney General of the State of Connecticut | TYPE OF PROCESS<br>Summons |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sean Scanlon

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Office of the Attorney General; 165 Capitol. Ave., Hartford, CT 06106

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW<br>Law office of Pattis & Paz, LLC<br>171 Orange St; 2nd Floor, New Haven, CT 06510 | Number of process to be served with this Form 285<br>Number of parties to be served in this case<br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses. All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☑ PLAINTIFF<br>☐ DEFENDANT | 203-393-3017 | 10/2/2026 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 10/13/26 |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Rosemary McGovern - Chief Legal Asst | 10/26/26 | 1230 | ☐ am ☐ pm |

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|
| | [signature] |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
advanced deposit: $500.00

1 DUSM - 10 MIN - 1.2 MI
= $65.91

SERVED

U.S. MARSHALS
OCT 05 2026
DISTRICT OF CT

Form USM-285
Rev. 03/21